**CSD 1173** [08/28/14]
Name, Address, Telephone No. & I.D. No.

Thomas H. Billingslea, Jr. [SBN 144483] Chapter 13 Trustee
Kathleen A. Cashman-Kramer [SBN 128861] Staff Attorney
401 West A Street, Suite 1680
San Diego, CA 92101
(619) 233-7525 (Phone)
(619) 233-7267 (Fax)

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
**JULIO WERNER MAYEN**

BANKRUPTCY NO. 16-07181-LT13

Debtor.

## NOTICE OF HEARING ON OBJECTION TO CONFIRMATION
## OF CHAPTER 13 PLAN

TO:   JULIO WERNER MAYEN

**YOU ARE HEREBY NOTIFIED** that on _____ February 21, 2017 _____, at ___ 2:00 ___ p.m.,

in Department No. _3_, Room _129_, of the Jacob Weinberger United States Courthouse, located at 325 West "F" Street,

San Diego, California 92101-6991, there will be a hearing regarding the attached Objection to Confirmation of the Debtor's

Chapter 13 Plan filed by _Thomas H. Billingslea, Jr., Chapter 13 Trustee_____.
(*Insert Name of Objecting Party*)

Any reply or other response to this objection must be served upon the undersigned and the original and one copy of

such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West "F" Street, San Diego,

California 92101-6991, NO LATER THAN FOURTEEN (14) DAYS FROM DATE OF SERVICE.

DATED:  January // , 2017

_____
Thomas H. Billingslea Jr. Chapter 13 Trustee
Objecting Party

**THIS NOTICE MUST BE ACCOMPANIED BY YOUR WRITTEN OBJECTION TO THE CHAPTER 13 PLAN
PURSUANT TO LOCAL BANKRUPTCY RULE 3015-5**

CSD 1173

CSD 1173 (Page 2) [08/28/14]

## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on ___/ /___ day of _____January_____, 20 17, I served a true copy of the within NOTICE OF HEARING ON OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN AND CHAPTER 13 TRUSTEE'S OBJECTION TO

CONFIRMATION AND MOTION TO DISMISS WITH 180-DAY BAR FROM RE-FILING CHAPTER 13
by U.S. Mail, Postage pre-paid,

on the following persons [set forth name and address of each person served] and/or as checked below:

[  ]    For ODD numbered Chapter 13 cases:          [  ]    For EVEN numbered Chapter 13 cases:
        THOMAS H. BILLINGSLEA, JR., TRUSTEE                  DAVID L. SKELTON, TRUSTEE
        401 West "A" Street, Suite 1680                      525 "B" Street, Suite 1430
        San Diego, CA 92101                                  San Diego, CA 92101-4507

[✓]    Attorney for Debtor (or Debtor):

DEBTOR
JULIO WERNER MAYEN  (In Pro Per)
15335 CASTLE PEAK LANE
JAMUL CA 91935


US TRUSTEE
DAVID ORTIZ-TRIAL ATTORNEY
402 W. BROADWAY
SUITE 600
SAN DIEGO, CA 92101

I certify under penalty of perjury that the foregoing is true and correct.

Executed on _January / / 2017_                    /s/ Bernice A. Villarreal
               (Date)                             (Typed Name and Signature)

                                                  401 West A Street, Suite 1680
                                                  (Address)

                                                  San Diego, CA 92101
                                                  (City, State, ZIP Code)

CSD 1173