Thomas H. Billingslea, Jr. [SBN 144483] Chapter 13 Trustee
Kathleen A. Cashman-Kramer [SBN 128861] Staff Attorney
401 West A Street, Suite 1680
San Diego, CA 92101
(619) 233-7525 (Phone)
(619) 233-7267 (Fax)
billingslea@thb.coxatwork.com (email)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Julio Werner Mayen<br><br>Debtor | ) Case No.: 16-07181-LT13<br>)<br>) **STATUS REPORT BY CHAPTER 13**<br>) **TRUSTEE RE:  OBJECTION TO**<br>) **CONFIRMATION AND MOTION TO**<br>) **DISMISS  WITH 180-DAY BAR FROM RE-**<br>) **FILING CHAPTER 13**<br>)<br>) DATE:    March 7, 2017<br>) TIME:    2:00 pm<br>) DEPT.:    3 |

This status report is filed by the Chapter 13 Trustee in connection with his objections to confirmation of the proposed Chapter 13 plan and respectfully requests the Court deny confirmation and dismiss this case with 180-Day Bar from re-filing Chapter 13 (ECF #23).  The Trustee's objections listed the following reasons:

1. Since the objection was filed on January 11, 2017, the Debtor has failed to make any plan payments.

2. Since the objection was filed, the Debtor has not responded to the objections.

3. Debtor's Schedule J (ECF #14) and Debtor's statement at the 341 Meeting on January 6, 2017 indicated that Debtor is self-employed, but has no income. Therefore he has no regular income to be a "debtor" under the Bankruptcy Code. In turn, he is not eligible to be a debtor under §109(e).  The Trustee cannot recommend confirmation where the Debtor's net monthly income on Line 23c of Schedule J (ECF #18, pg. 35) reflects $0.00.

THB/bv

4. Debtor's plan (ECF #20) contains numerous errors. No plan payment is scheduled thus unknown plan length. Section 2.3 of Plan reflects that "payments are not needed due to false creditors." Debtor has listed an "alleged" mortgage claim of $1,088,000 under Schedule F (ECF #18, pg. 23) as unsecured, with no plan treatment. Section 4.8 reflects a claim for the Franchise Tax Board, but is not listed in schedules.

5. Debtor is a repeat filer who filed two prior Chapter 13 bankruptcy petitions which were dismissed (13-01660-LT13, and 16-05104-LT13), and has demonstrated a pattern of not being able to prosecute a case to confirmation and /or completion.

6. Debtor has failed to provide the Trustee with the required supporting documents, including any income to support a feasible plan.

7. Debtor stated at the 341 Meeting on January 6, 2017 that he filed this case and the prior case to stop a foreclosure of his real property. However, Debtor provides no ability to present a feasible plan that the Court could approve.

8. Debtor failed to produce a valid Social Security Card.

For the aforementioned reasons, the Trustee respectfully requests the Court deny confirmation and dismiss the case with 180-Day Bar against re-filing another Chapter 13.

Dated: February 27, 2017

Respectfully Submitted,

Kathleen A. Cashman-Kramer
Staff Attorney for
Thomas H. Billingslea, Jr.,
Chapter 13 Trustee

- 2 -

THB/bv

## CERTIFICATE OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of eighteen and am not a party to the within action. My business address is: Thomas H. Billingslea, Jr., Chapter 13 Trustee, 401 West "A" Street, Suite 1680, San Diego, CA 92101.

Today, I served the following document described as:

**STATUS REPORT BY CHAPTER 13 TRUSTEE RE:
OBJECTION TO CONFIRMATION AND MOTION TO DISMISS
WITH 180-DAY BAR FROM RE-FILING CHAPTER 13**

on the parties listed below by placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at San Diego, CA addressed as follows:

DEBTOR (in pro per)
JULIO WERNER MAYEN
15335 CASTLE PEAK LANE
JAMUL CA 91935

DEBTOR'S COUNSEL
(In pro per)

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  February ___, 2017
       San Diego, CA

/s/ Kathleen A. Cashman-Kramer
Kathleen A. Cashman-Kramer for
Thomas H. Billingslea, Jr.
Chapter 13 Trustee

- 3 -

THB/bv