CSD 1174 [08/28/14]
Name, Address, Telephone No. & I.D. No.

Julio W. Mayen
15335 Castle Peak Lane
Jamul, CA 91935

FILED
2017 MAR -3 PM 2:59
U.S. BANKRUPTCY CT.
SO. DIST. OF CALIF.

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

Julio W. Mayen

BANKRUPTCY NO. 16-07181-LT13

Debtor.

# REQUEST BY DEBTOR FOR DISMISSAL OF CHAPTER 13

To the Honorable Judges of the United States Bankruptcy Court:

The undersigned debtor hereby requests that the pending Chapter 13 case be dismissed without prejudice. In support of said request, debtor hereby represents:

[✓] This Case first commenced by the filing of a voluntary Chapter 13.

[✓] Debtor is unaware of any pending motion by a creditor or the Chapter 13 Trustee for conversion of the pending Chapter 13 case to a case under Chapter 7 or Chapter 11 of Title 11, United States Code.

[ ] If checked, this case was filed by the filing of a joint petition and only one of the debtors is seeking dismissal of this case as it may apply to him or her, namely:_____.

Wherefore, Debtor(s) prays that the Chapter 13 case herein be dismissed without prejudice.

I further certify under penalty of perjury that on __3__ day of _____March 2017_____, a true copy of this Request was served on the trustee indicated below:

[✓] THOMAS H. BILLINGSLEA, JR., TRUSTEE, 401 West "A" Street, Suite 1680, San Diego, CA 92101
    (For ODD numbered Chapter 13 cases)

[ ] DAVID L. SKELTON, TRUSTEE, 525 "B" Street, Suite 1430, San Diego, CA 92101-4507
    (For EVEN numbered Chapter 13 cases)

Dated:            _____NONE_____                    By: _____Julio Mayen_____
                    Joint Debtor                                  Debtor

                                                       _____NONE_____
                                                       Attorney for the Debtor

CSD 1174           SUBMIT WITH ORDER DISMISSING CHAPTER 13 CASE (CSD 1176)        7181/REQ