# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974–3 | User: Admin. | Date Created: 3/7/2017 |
| Case: 16–07181–LT13 | Form ID: ndt | Total: 13 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Thomas H. Billingslea | Billingslea@thb.coxatwork.com |
| aty | Kathleen A. Cashman–Kramer | billingslea@thb.coxatwork.com |
| aty | Thomas H. Billingslea | Billingslea@thb.coxatwork.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Julio Werner Mayen | 15335 Castle Peak Lane | Jamul, CA 91935 | |
| smg | Dun & Bradstreet | Attn: Lynne Roberts, 2nd Floor | 3501 Corporate Parkway | PO Box 520   Center Valley, PA 18034–0520 |
| smg | Franchise Tax Board | Attn: Bankruptcy | P.O. Box 2952 | Sacramento, CA 95812–2952 |
| 14211654 | Commerce Bank | Acct No: 33900100977750001 | P.O. Box 411647 | Kansas City, MO 64141–1647 |
| 14211656 | Countrywide Home Loans, Inc. | Acct No: 87682584 | 150 N College Street; NC1–028–17–06   Charlotte, NC 28255 | |
| 14211655 | Countrywide Home Loans, Inc. | Acct No: 87682584 | 4500 Park Granada | Calabasas, CA 91302–1613 |
| 14246347 | FRANCHISE TAX BOARD | BANKRUPTCY SECTION MS A340 | PO BOX 2952   SACRAMENTO CA 95812–2952 | |
| 14211658 | Law Office of Les Zieve | TS No: 15–38959 | 30 Corporate Park, Suite 450 | Irvine, CA 92606 |
| 14211657 | Shellpoint Mortgage Servicing | Ref No: 0515393708 | 55 Beattie Place, Suite #110 | Greenville, SC 29601 |
| 14211659 | The Bank of New York Mellon | 101 Barclay Street 4W | New York, NY 10286 | |

TOTAL: 10