# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974–3 | User: Admin. | Date Created: 3/7/2017 |
| Case: 16–07181–LT13 | Form ID: pdfO1 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
tr       Thomas H. Billingslea     Billingslea@thb.coxatwork.com
aty     Kathleen A. Cashman–Kramer    billingslea@thb.coxatwork.com
aty     Thomas H. Billingslea     Billingslea@thb.coxatwork.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Julio Werner Mayen     15335 Castle Peak Lane     Jamul, CA 91935

TOTAL: 1