# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### *Hearing Information:*

| | |
|---:|:---|
| **Debtor:** | JULIO WERNER MAYEN |
| **Case Number:** | 16-07181-LT13    **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, MARCH 07, 2017 02:00 PM   DEPARTMENT 3 |
| **Bankruptcy Judge:** | LAURA S. TAYLOR |
| **Courtroom Clerk:** | SHAWNA DAHL |
| **Reporter / ECR:** | SUE ROSS |

### *Matter:*

OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN AND MOTION TO DISMISS CASE WITH 180-DAY BAR FROM RE-FILING CHAPTER 13 FILED BY TRUSTEE (fr 2/21/17)

### *Appearances:*

KATHLEEN A. CASHMAN-KRAMER, ATTORNEY FOR THOMAS H. BILLINGSLEA, JR., CHAPTER 13 TRUSTEE

### *Disposition:*

Off calendar, case dismissed 3/7/17.