NDT
Rev. 02/09

# United States Bankruptcy Court
## Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours:  9:00am–4:00pm Monday–Friday

Case number:  16–07181–LT13
Chapter: 13
Judge Laura S. Taylor

**Julio Werner Mayen**
 15335 Castle Peak Lane
Jamul, CA 91935
xxx–xx–5487
*Debtor Aliases:*   JME Enterprises

**Notice of Entry of Order Dismissing Case
and Vacating All Automatic Stays and
Injunctions**

To the Creditors of the above–named Debtor(s) and Other Parties in interest:

Notice is hereby given that the Chapter 13 case for the above–named **Debtor Only (Julio Werner Mayen)** has been dismissed and all existing automatic stays related to this case are of no further force or effect.

Dated: 3/7/17

By order of the court:
Barry K. Lander
Clerk of the Bankruptcy Court

\*\*\*\*\*\*\*\*\*\*
**FILED**
3/7/17
\*\*\*\*\*\*\*\*\*\*

```
                          United States Bankruptcy Court
                          Southern District of California

In re:                                                      Case No. 16-07181-LT
Julio Werner Mayen                                          Chapter 13
        Debtor                      CERTIFICATE OF NOTICE

District/off: 0974-3          User: Admin.          Page 1 of 1          Date Rcvd: Mar 07, 2017
                              Form ID: ndt          Total Noticed: 9


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 09, 2017.
db            +Julio Werner Mayen,    15335 Castle Peak Lane,    Jamul, CA 91935-2238
14211656      +Countrywide Home Loans, Inc.,    Acct No: 87682584,    150 N College Street; NC1-028-17-06,
               Charlotte, NC 28255-0001
14211658      +Law Office of Les Zieve,    TS No:  15-38959,    30 Corporate Park, Suite 450,
               Irvine, CA 92606-3401
14211657      +Shellpoint Mortgage Servicing,    Ref No: 0515393708,    55 Beattie Place, Suite #110,
               Greenville, SC 29601-5115
14211659      +The Bank of New York Mellon,    101 Barclay Street  4W,    New York, NY 10286-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: robertsl2@dnb.com Mar 08 2017 01:23:30      Dun & Bradstreet,
               Attn: Lynne Roberts, 2nd Floor,    3501 Corporate Parkway,    PO Box 520,
               Center Valley, PA  18034-0520
smg            EDI: CALTAX.COM Mar 08 2017 01:18:00       Franchise Tax Board,    Attn: Bankruptcy,
               P.O. Box 2952,    Sacramento, CA  95812-2952
14211654       E-mail/Text: bankruptcy@commercebank.com Mar 08 2017 01:23:28      Commerce Bank,
               Acct No: 33900100977750001,    P.O. Box 411647,    Kansas City, MO  64141-1647
14246347       EDI: CALTAX.COM Mar 08 2017 01:18:00       FRANCHISE TAX BOARD,    BANKRUPTCY SECTION MS A340,
               PO BOX 2952,    SACRAMENTO CA 95812-2952
                                                                             TOTAL: 4


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14211655      ##Countrywide Home Loans, Inc.,    Acct No: 87682584,    4500 Park Granada,
               Calabasas, CA  91302-1613
                                                              TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 7, 2017 at the address(es) listed below:
              Kathleen A. Cashman-Kramer    on behalf of Trustee Thomas H. Billingslea
               billingslea@thb.coxatwork.com,   kathylaw@san.rr.com
              Thomas H. Billingslea     Billingslea@thb.coxatwork.com
              Thomas H. Billingslea     on behalf of Trustee Thomas H. Billingslea Billingslea@thb.coxatwork.com
              United States Trustee     ustp.region15@usdoj.gov
                                                                      TOTAL: 4
```