CSD 1176 [08/22/03]
Name, Address, Telephone No. & I.D. No.

Julio W. Mayen
15335 Castle Peak Lane
Jamul, CA  91935

Order Entered on
March 7, 2017
by Clerk U.S. Bankruptcy Court
Southern District of California

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

Julio W. Mayen

BANKRUPTCY NO. 16-07181-LT13

Debtor.

## ORDER DISMISSING CHAPTER 13 CASE ON REQUEST BY DEBTOR

Upon consideration of the Debtor's Request for Dismissal of the above referenced Chapter 13 Case, Docket Entry No. __30__, it is ordered that:

This case be and the same is hereby dismissed and all automatic stays and any injunctions obtained by the debtor in any proceeding related to this case are hereby terminated and the provisions of 11 U.S.C. § 349 are herewith effective. The Chapter 13 Trustee is hereby directed to file a final report and account of his administration.

//

//

//

DATED:   March 6, 2017

Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

_____
(Firm name)

By: _Julio Mayen_____
Attorney for Movant

CSD 1176

CSD 3010 [12/01/15]
Name, Address, Telephone No. & I.D. No.

Julio W. Mayen
15335 Castle Peak Lane
Jamul, CA 91935

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

Julio W. Mayen
                                    Debtor.

BANKRUPTCY NO. 16-07181-LT13

                                    Plaintiff(s)

ADVERSARY NO.

v.

                                    Defendant(s)

# PROOF OF SERVICE

I, Rodney Ducharme, am a resident of the State of California, over the age of 18 years, and not a party to this action.

On March 3, 2017, I served the following documents:

CSD 1174 - REQUEST BY DEBTOR FOR DISMISSAL OF CHAPTER 13

CSD 1176 - ORDER DISMISSING CHAPTER 13 ON REQUEST BY DEBTOR

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF"):**

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On March 3, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☐ Chapter 7 Trustee:

☐ For Chpt. 7, 11, & 12 cases:
UNITED STATES TRUSTEE
ustp.region15@usdoj.gov

☑ For ODD numbered Chapter 13 cases:
THOMAS H. BILLINGSLEA, JR., TRUSTEE
Billingslea@thb.coxatwork.com

☐ For EVEN numbered Chapter 13 cases:
DAVID L. SKELTON, TRUSTEE
admin@ch13.sdcoxmail.com
dskelton13@ecf.epiqsystems.com

CSD 3010

Signed by Judge Laura Stuart Taylor March 6, 2017

CSD 3010 [12/01/15] (Page 2)

2. **Served by United States Mail or Overnight Mail:**

   On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail via 1) first class, postage prepaid, 2) certified mail with receipt number or 3) overnight mail service, addressed as follows:

3. **Served by Personal Delivery, Facsimile Transmission or Electronic Mail:**

   Under Fed.R.Civ.P.5 and controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on    March 3, 2017            By: Rodney Ducharme / /s/ Rodney Ducharme
               (Date)                       (Typed Name and Signature)

                                         1332 Quartz Hill Lane
                                         (Address)

                                         Escondido, CA  92027
                                         (City, State, ZIP Code)

CSD 3010

```
                              United States Bankruptcy Court
                              Southern District of California
In re:                                                         Case No. 16-07181-LT
Julio Werner Mayen                                             Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0974-3          User: Admin.              Page 1 of 1          Date Rcvd: Mar 07, 2017
                              Form ID: pdfO1            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2017.
db            +Julio Werner Mayen,    15335 Castle Peak Lane,    Jamul, CA 91935-2238

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2017 at the address(es) listed below:
              Kathleen A. Cashman-Kramer    on behalf of Trustee Thomas H. Billingslea
               billingslea@thb.coxatwork.com,   kathylaw@san.rr.com
              Thomas H. Billingslea     Billingslea@thb.coxatwork.com
              Thomas H. Billingslea     on behalf of Trustee Thomas H. Billingslea Billingslea@thb.coxatwork.com
              United States Trustee    ustp.region15@usdoj.gov
                                                                                             TOTAL: 4